IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| REPEAT PRECISION, LLC, § <br> § <br> Plaintiff, § <br> § <br> v. § <br> § <br> DYNAENERGETICS EUROPE GMBH, § <br> and DYNAENERGETICS US, INC., § <br> § <br> Defendants. § <br> § | Civil Action No. 6:21-cv-104 <br><br> JURY TRIAL DEMANDED |

## SCHEDULING ORDER

Pursuant to the Court's June 16, 2021 Amended Standing Order Regarding Notice of Readiness for Patent Cases, a Case Management Conference ("CMC") in this case was deemed to have occurred on June 30, 2021. As a result of the CMC, and pursuant to Rule 16, Federal Rules of Civil Procedure, the Court **ORDERS** that the following schedule will govern deadlines up to and including the trial of this matter:

| Date | Event |
|---|---|
| 06/23/2021 | Plaintiff serves preliminary[1] infringement contentions in the form of a chart setting forth where in the accused product(s) each element of the asserted claim(s) is found. Plaintiff shall also identify the earliest priority date (*i.e.* the earliest date of invention) for each asserted claim and produce: (1) all documents evidencing conception and reduction to practice for each claimed invention, and (2) a copy of the file history for each patent in suit. |

---

[1] The parties may amend preliminary infringement contentions and preliminary invalidity contentions without leave of court so long as counsel certifies that it undertook reasonable efforts to prepare its preliminary contentions and the amendment is based on material identified after those preliminary contentions were served, and should do so seasonably upon identifying any such material. Any amendment to add patent claims requires leave of court so that the Court can address any scheduling issues.

1

| 07/14/2021 | The Parties shall submit an agreed Scheduling Order. |
|---|---|
| 08/18/2021 | Defendants serve preliminary invalidity contentions in the form of (1) a chart setting forth where in the prior art references to each element of the asserted claim(s) are found, (2) an identification of any limitations the Defendants contend are indefinite or lack written description under section 112, and (3) an identification of any claims the Defendants contend are directed to ineligible subject matter under section 101. Defendants shall also produce (1) all prior art referenced in the invalidity contentions, and (2) technical documents, including software where applicable, sufficient to show the operation of the accused product(s).[2] |
| 09/01/2021 | Parties exchange claim terms for construction. |
| 09/15/2021 | Parties exchange proposed claim constructions. |
| 09/22/2021 | Parties disclose extrinsic evidence. The parties shall disclose any extrinsic evidence, including the identity of any expert witness they may rely upon with respect to claim construction or indefiniteness. With respect to any expert identified, the parties shall identify the scope of the topics for the witness's expected testimony.[3] With respect to items of extrinsic evidence, the parties shall identify each such item by production number or produce a copy of any such item if not previously produced. |
| 09/29/2021 | Deadline to meet and confer to narrow terms in dispute and exchange revised list of terms/constructions. |
| 10/06/2021 | Defendants file Opening claim construction brief, including any arguments that any claim terms are not indefinite. |
| 10/27/2021 | Plaintiff files Responsive claim construction brief. |

---

[2] The parties may elect to exchange license and sales information but any such exchange is optional during the pre-Markman phase of the case.

[3] Any party may utilize a rebuttal expert in response to a brief where expert testimony is relied upon by the other party.

| | |
|---|---|
| 11/10/2021 | Defendants file Reply claim construction brief. |
| 11/24/2021 | Plaintiff files a Sur-Reply claim construction brief. |
| 11/26/2021 | Parties submit optional technical tutorials to the Court and technical adviser (if appointed).[4] |
| 11/30/2021 | Parties submit Joint Claim Construction Statement.<br><br>*See* General Issues Note #9 regarding providing copies of the briefing to the Court and the technical adviser (if appointed). |
| 12/08/2021 | *Markman* Hearing at 9:00 a.m. This date is a placeholder and the Court may adjust this date as the *Markman* hearing approaches. |
| 12/09/2021 | Fact Discovery opens; deadline to serve Initial Disclosures per Rule 26(a). |
| 01/19/2022 | Deadline to add parties. |
| 02/02/2022 | Deadline to serve Final Infringement and Invalidity Contentions. After this date, leave of Court is required for any amendment to Infringement or Invalidity contentions. This deadline does not relieve the Parties of their obligation to seasonably amend if new information is identified after initial contentions. |
| 03/30/2022 | Deadline to amend pleadings. A motion is not required unless the amendment adds patents or patent claims. (Note: This includes amendments in response to a 12(c) motion.) |

---

[4] The parties should contact the law clerk to request a Box link so that the party can directly upload the file to the Court's Box account.

| | |
|---|---|
| 06/08/2022 | Deadline for the first of two meet and confers to discuss significantly narrowing the number of claims asserted and prior art references at issue. Unless the parties agree to the narrowing, they are ordered to contact the Court's Law Clerk to arrange a teleconference with the Court to resolve the disputed issues. |
| 07/06/2022 | Close of Fact Discovery. |
| 07/13/2022 | Opening Expert Reports. |
| 08/10/2022 | Rebuttal Expert Reports. |
| 08/31/2022 | Close of Expert Discovery. |
| 09/07/2022 | Deadline for the second of two meet and confers to discuss narrowing the number of claims asserted and prior art references at issue to triable limits. To the extent it helps the parties determine these limits, the parties are encouraged to contact the Court's Law Clerk for an estimate of the amount of trial time anticipated per side. The parties shall file a Joint Report within 5 business days regarding the results of the meet and confer. |
| 09/14/2022 | Dispositive motion deadline and *Daubert* motion deadline.<br><br>See General Issues Note #9 regarding providing copies of the briefing to the Court and the technical adviser (if appointed). |
| 09/28/2022 | Serve Pretrial Disclosures (jury instructions, exhibits lists, witness lists, discovery and deposition designations). |
| 10/12/2022 | Serve objections to pretrial disclosures/rebuttal disclosures. |
| 10/19/2022 | Serve objections to rebuttal disclosures and **File** Motions *in limine*. |

| | |
|---|---|
| 10/26/2022 | File Joint Pretrial Order and Pretrial Submissions (jury instructions, exhibits lists, witness lists, discovery and deposition designations); file oppositions to motions *in limine*. |
| 11/02/2022 | File Notice of Request for Daily Transcript or Real Time Reporting. If a daily transcript or real time reporting of court proceedings is requested for trial, the party or parties making said request shall file a notice with the Court and e-mail the Court Reporter, Kristie Davis at kmdaviscsr@yahoo.com.<br><br>Deadline to meet and confer regarding remaining objections and disputes on motions *in limine*. |
| 11/11/2022 | File joint notice identifying remaining objections to pretrial disclosures and disputes on motions *in limine*. |
| 11/16/2022 (est.) | Final Pretrial Conference. The Court expects to set this date at the conclusion of the *Markman* Hearing. |
| 12/07/2022 (est.) | Jury Selection/Trial. |

SIGNED this_____day of_____, 2021.


                                                _____
                                                ALAN D. ALBRIGHT
                                                UNITED STATES DISTRICT JUDGE

AGREED:

By: */s/ J. Hoke Peacock III*
J. Hoke ("Trey") Peacock III
Texas Bar No. 15679380
tpeacock@susmangodfrey.com
Shawn L. Raymond
Texas Bar No. 24009236
sraymond@susmangodfrey.com
Shawn Blackburn (pro hac vice)
Texas Bar No. 24089989
sblackburn@susmangodfrey.com
Krisina J. Zuñiga
Texas Bar No. 24098664
kzuniga@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1000 Louisiana Street, Suite 5100
Houston, TX 77002-5096
Telephone: (713) 651-9366
Facsimile: (713) 654-6666

*Attorneys for Plaintiff Repeat Precision, LLC*

By: */s/ Eric H. Findlay*
Eric H. Findlay
Texas Bar No. 00789886
Roger Brian Craft
Texas Bar No. 04972020
FINDLAY CRAFT P.C.
102 N. College Avenue, Suite 900
Tyler, TX 83402
Telephone: (903) 534-1100
Facsimile: (903) 534-1137
Email: efindlay@findlaycraft.com
Email: bcraft@findlaycraft.com

Barry J. Herman (*pro hac vice* to be filed)
Maryland Federal Bar No. 26061
WOMBLE BOND DICKINSON (US) LLP
100 Light St, 26th Floor
Baltimore, MD 21202
Telephone: (410) 545-5830
Email: Barry.Herman@wbd-us.com

Preston H. Heard (*pro hac vice* to be filed)
Georgia Bar No. 476319
Lauren Baker (*pro hac vice* to be filed)
Georgia Bar No. 345536
WOMBLE BOND DICKINSON (US) LLP
271 17th Street, NW, Suite 2400
Atlanta, GA 30363
Telephone: (404) 888-7366
Email: Preston.Heard@wbd-us.com
Email: Lauren.Baker@wbd-us.com

Lisa J. Moyles (*pro hac vice* to be filed)
Connecticut State Bar No. 425652
Jason M. Rockman (*pro hac vice* to be filed)
New York Bar No. 4450953
MOYLES IP, LLC
One Enterprise Drive, Suite 428
Shelton, CT 06484
Telephone: (203) 428-4420
Email: lmoyles@moylesip.com
Email: jrockman@moylesip.com

*Attorneys for Defendants DynaEnergetics Europe GmbH and DynaEnergetics US, Inc.*