IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| REPEAT PRECISION, LLC, § <br> § <br> Plaintiff, § <br> § <br> v. § <br> § <br> DYNAENERGETICS EUROPE GMBH, § <br> and DYNAENERGETICS US, INC., § <br> § <br> Defendants. § <br> § | Civil Action No. 6:21-cv-104-ADA <br><br> JURY TRIAL DEMANDED |

**JOINT NOTICE OF CONTINUANCE OF INITIAL DISCLOSURE DEADLINE**

Plaintiff Repeat Precision, LLC ("Repeat Precision") and Defendants DynaEnergetics Europe GmbH and DynaEnergetics US, Inc. (together and with Repeat Precision, the "Parties") jointly provide this notice to the Court that they have agreed to continue the following deadline from the Parties' agreed proposed scheduling order (the "Order") (Dkt. 26) by one week:

| Event | Former Deadline | New Deadine |
|---|---|---|
| Deadline to serve Initial Disclosures per Rule 26(a) | 12/09/21 | 12/16/21 |

All remaining dates in the Order will remain the same.

By: */s/ Krisina J. Zuñiga*
J. Hoke ("Trey") Peacock III
Texas Bar No. 15679380
tpeacock@susmangodfrey.com
Shawn L. Raymond
Texas Bar No. 24009236
sraymond@susmangodfrey.com
Shawn Blackburn (pro hac vice)
Texas Bar No. 24089989
sblackburn@susmangodfrey.com
Krisina J. Zuñiga
Texas Bar No. 24098664
kzuniga@susmangodfrey.com
**SUSMAN GODFREY L.L.P.**
1000 Louisiana Street, Suite 5100
Houston, TX 77002-5096
Telephone: (713) 651-9366
Facsimile: (713) 654-6666

*Attorneys for Plaintiff*
*Repeat Precision, LLC*

By: */s/ Preston Heard*
Eric H. Findlay
Texas Bar No. 00789886
Roger Brian Craft
Texas Bar No. 04972020
FINDLAY CRAFT P.C.
102 N. College Avenue, Suite 900
Tyler, TX 83402
Telephone: (903) 534-1100
Facsimile: (903) 534-1137
Email: efindlay@findlaycraft.com
Email: bcraft@findlaycraft.com

Mark D. Siegmund
Texas Bar No. 24117055
STECKLER WAYNE COCHRAN CHERRY, PLLC
8416 Old Mcgregor Road
Waco, Texas 76712
Telephone: (254) 651-3690
Facsimile: (254) 651-3689
Email: mark@swclaw.com

Barry J. Herman (*pro hac vice*)
Maryland Federal Bar No. 26061
WOMBLE BOND DICKINSON (US) LLP
100 Light St, 26th Floor
Baltimore, MD 21202
Telephone: (410) 545-5830
Email: Barry.Herman@wbd-us.com

Preston H. Heard (*pro hac vice*)
Georgia Bar No. 476319
Lauren Baker (*pro hac vice*)
Georgia Bar No. 345536
WOMBLE BOND DICKINSON (US) LLP
271 17th Street, NW, Suite 2400
Atlanta, GA 30363
Telephone: (404) 888-7366
Email: Preston.Heard@wbd-us.com
Email: Lauren.Baker@wbd-us.com

        Lisa J. Moyles (*pro hac vice*)
        Connecticut State Bar No. 425652
        Jason M. Rockman (*pro hac vice*)
        New York Bar No. 4450953
        MOYLES IP, LLC
        One Enterprise Drive, Suite 428
        Shelton, CT 06484
        Telephone: (203) 428-4420
        Email: lmoyles@moylesip.com
        Email: jrockman@moylesip.com

        *Attorneys for Defendants DynaEnergetics*
        *Europe GmbH and DynaEnergetics US, Inc.*

**CERTIFICATE OF SERVICE**

    I hereby certify that on Monday, December 6, 2021, a true and correct copy of the above and foregoing was served via CM/ECF on all counsel of record.

                                                   */s/ Krisina J. Zuñiga*
                                                   Krisina J. Zuñiga