IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| **REPEAT PRECISION, LLC,** *Plaintiff,* § § § | |
| -v- § | 6:21-CV-104-ADA |
| **DYNAENERGETICS EUROPE GMBH,** and **DYNAENERGETICS US, INC.,** *Defendants.* § § § § | |

## ORDER TO PAY TECHNICAL ADVISOR

The Court previously appointed Scott Woloson to serve as a technical advisor on this case. The Court has reviewed Mr. Woloson's invoice for services through today and finds the requested amount to be reasonable and necessary. As such, the Court **ORDERS** payment to be promptly made as follows:

    Plaintiff:      $6,270
    Defendant:      $6,270

Mr. Woloson will separately provide deposit instructions.

**SIGNED** this 10th day of December, 2021.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE