**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION**

| | | |
|---|---|---|
| REPEAT PRECISION, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 6:21-cv-104-ADA |
| | ) | |
| v. | ) | JURY TRIAL DEMANDED |
| | ) | |
| DYNAENERGETICS EUROPE GMBH, and | ) | |
| DYNAENERGETICS US, INC., | ) | |
| | ) | |
| Defendants. | ) | |

**DECLARATION OF PRESTON HEARD IN SUPPORT OF DYNAENERGETICS'
OPPOSITIONS TO PLAINTIFF'S *DAUBERT* MOTION TO EXCLUDE ALL
ROYALTY OPINIONS OF EXPERT MS. JOANNE JOHNSON, AND *DAUBERT*
MOTION TO EXCLUDE VALIDITY AND INFRINGEMENT
<u>OPINIONS OF EXPERT MR. JOHN P. HUGHETT</u>**

I, Preston Heard, being over the age of 18 and competent to make the declarations herein, do hereby declare that:

1.      I am one of the attorneys representing DynaEnergetics Europe GmbH and DynaEnergetics US, Inc. (collectively, "DynaEnergetics") in this matter.  I submit this Declaration in Support of DynaEnergetics' Oppositions to Plaintiff's *Daubert* Motion to Exclude All Royalty Opinions of Expert Ms. Joanne Johnson, and *Daubert* Motion to Exclude Validity and Infringement Opinions of Expert Mr. John P. Hughett.

2.      On December 22, 2022, after the close of fact and expert discovery and after Mr. Lehr's deposition was taken on December 19, 2022, Repeat served the Supplemental Report of Doug Lehr, P.E.

3.      The exhibits attached to this declaration are true and correct copies of the following:

1

**Public Exhibits:**

| Exhibit | Description |
|---|---|
| 1 | Findings of Fact and Conclusions of Law, No. 6:19-cv-00034-ADA, March 13, 2020 |
| 2 | 2019 Repeat Precision Flyer (available at https://www.repeatprecision.com/pdfs /RP%20 Setting%20Tools%20Flyer%20Final%2011122019.pdf) |
| 3 | Email from J. Parsons to C. Shaw et. al., bates numbered RPDYNA_010081 |

**Sealed Exhibits:**

| Exhibit | Description |
|---|---|
| 4 | Deposition Transcript of Joanne Johnson, dated December 7, 2022 ("Johnson Tr.") (SEALED) |
| 5 | Deposition Transcript of Robert Nipper, dated September 27, 2022 ("Nipper Tr.") (SEALED) |
| 6 | Deposition Transcript of CJ Kosel, dated September 23, 2022 ("Kosel Tr.") (SEALED) |
| 7 | Deposition Transcript of John Hughett, dated December 22, 2022 ("Hughett Tr.") (SEALED) |
| 8 | Settlement Agreement between Repeat Precision and Diamondback Industries, bates numbered as RPDYNA_000840 (SEALED) |
| 9 | Excerpts from Bench Trial Transcript, No. W-19-34, January 27, 2020, bates numbered RPDYNA_032184 (SEALED) |
| 10 | Excerpts from Bench Trial Transcript, No. W-19-34, January 28, 2020, bates numbered RPDYNA_032560 (SEALED) |
| 11 | Excerpts from Bench Trial Transcript, No. W-19-34, January 29, 2020, bates numbered RPDYNA_032908 (SEALED) |
| 12 | Repeat Precision PurpleSeal Express, bates numbered RPDYNA_001451 (SEALED) |
| 13 | Diamondback Industries Disposable Setting Tools, bates numbered RPDYNA_013817 (SEALED) |
| 14 | U.S. District Court Rules in Favor of Repeat Precision and NCS Multistage with $34.4 Million Award, Oil & Gas 360°, bates numbered DYNA_RP_0051484 (SEALED) |
| 15 | Capacity & Capex Plan 2021-2025, bates numbered DYNA_RP_0035308 (SEALED) |
| 16 | DynaStage MicroSet (DS MicroSet) disposable setting tool, bates numbered DYNA_RP_0008671 (SEALED) |
| 17 | Deposition Transcript of Doug Lehr, dated December 19, 2022 ("Lehr Tr.") (SEALED) |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, pursuant to Section 1746 of Title 28 of the United States Code.

Dated:  January 4, 2023

Preston H. Heard

2