## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## WACO DIVISION

| | |
|---|---|
| REPEAT PRECISION, LLC ) | |
| ) | |
| Plaintiff, ) | Civil Action No: 6:21-cv-104-ADA-DTG |
| ) | |
| v. ) | |
| ) | |
| ) | |
| DYNAENERGETICS EUROPE GMBH, and ) | |
| DYNAENERGETICS US, INC., ) | |
| ) | |
| Defendants. ) | |
| ) | |

## ATTACHMENT

### EXHIBIT TO DECLARATION OF PRESTON H. HEARD IN SUPPORT OF DYNAENERGETICS' OPPOSITIONS TO PLAINTIFF'S *DAUBERT* MOTION TO EXCLUDE ALL ROYALTY OPINIONS OF EXPERT MS. JOANNE JOHNSON, AND *DAUBERT* MOTION TO EXCLUDE VALIDITY AND INFRINGEMENT OPINIONS OF EXPERT MR. JOHN P. HUGHETT

On January 4, 2023, Defendants DynaEnergetics Europe GmbH and DynaEnergetics US, Inc. filed their Oppositions to Plaintiff's *Daubert* Motion to Exclude All Royalty Opinions of Expert Ms. Joanne Johnson, and *Daubert* Motion to Exclude Validity and Infringement Opinions of Expert Mr. John P. Hughett. Dkt. No. 85 and 86. Additionally, Defendants filed their Declaration in Support of Declaration of Preston H. Heard In Support of their Oppositions. Dkt. No. 87. There was an inadvertent filing error with Exhibit 2 to the Declaration of Preston H. Heard, which caused Exhibit 2 to appear as a blank a page on the docket. Therefore, Defendants are refiling a new version of Exhibit 2 attached hereto.

Dated: January 18, 2023                                  Respectfully submitted,

By: */s/ Eric H. Findlay*
Eric H. Findlay
Texas Bar No. 00789886
Roger Brian Craft
Texas Bar No. 04972020
FINDLAY CRAFT P.C.
7270 Crosswater Avenue, Suite B
Tyler, TX 75703
Telephone: (903) 534-1100
Facsimile: (903) 534-1137
Email: efindlay@findlaycraft.com
Email: bcraft@findlaycraft.com

Mark D. Siegmund
Texas Bar No. 24117055
STECKLER WAYNE CHERRY & LOVE, PLLC
8416 Old Mcgregor Road
Waco, Texas 76712
Telephone: (254) 651-3690
Facsimile: (254) 651-3689
Email: mark@swclaw.com

Barry J. Herman (*pro hac vice*)
Maryland Federal Bar No. 26061
Julie C. Giardina (*pro hac vice*)
Maryland Federal Bar No. 21085
WOMBLE BOND DICKINSON (US) LLP
100 Light St, 26th Floor
Baltimore, MD 21202
Telephone: (410) 545-5830
Email: Barry.Herman@wbd-us.com

Preston H. Heard (*pro hac vice*)
Georgia Bar No. 476319
Christine H. Dupriest (*pro hac vice*)
Georgia Bar No. 874494
WOMBLE BOND DICKINSON (US) LLP
271 17th Street, NW, Suite 2400
Atlanta, GA 30363
Telephone: (404) 888-7366
Email: Preston.Heard@wbd-us.com
Email: Christine.Dupriest@wbd-us.com

        Craig A. Hoovler (*pro hac vice* filed)
        Virginia Bar No. 83987
        WOMBLE BOND DICKINSON (US) LLP
        2001 K St. NW, Suite 400 South
        Washington, DC 20001
        Telephone: (202) 857-4464
        Email: Craig.Hoovler@wbd-us.com

        Lisa J. Moyles (*pro hac vice*)
        Connecticut State Bar No. 425652
        Jason M. Rockman (*pro hac vice*)
        New York Bar No. 4450953
        MOYLES IP, LLC
        One Enterprise Drive, Suite 428
        Shelton, CT 06484
        Telephone: (203) 428-4420
        Email: lmoyles@moylesip.com
        Email: jrockman@moylesip.com

        *Attorneys for Defendants DynaEnergetics Europe GmbH and DynaEnergetics US, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been served on all counsel of record through electronic mail on this 18th day of January, 2023.

        */s/ Eric H. Findlay*
        Eric H. Findlay