# Exhibit 2

REPEAT PRECISION

# RP single-use, frac-plug setting tools
*Disposable tools eliminate wellsite redressing errors*



The RP10 and RP20 single-use, disposable setting tools are adaptations of Diamondback Industries' patented SS Disposable Setting Tool.® Just remove the assembly from the shipping carton, install a plug using a Baker 10 or Baker 20 adapter kit (provided by the plug vendor), and insert a power charge.* After the tool strokes to set the plug, it automatically releases pressure before it is retrieved. At the surface, simply remove the setting tool from the running string and set it aside for recycling. No disassembly, no inspection, no redressing. The adapter kit is reused at operator's discretion.

## Features and Benefits
- No wellsite redressing errors
- No pressure discharge at surface
- 6,000 lb of anti-preset protection built into the setting tool
- Two bleed ports are protected by threaded nylon screws
- The compact, lightweight tools can be handled by one person
- The short length allows additional guns for each stage

\* *The RP10 uses the Forcellant™ 10 power charge sold by NCS Multistage, LLC. The RP20 uses the Forcellant 20 power charge sold by NCS Multistage, LLC.*

|  | Casing size in. | Maximum setting force lb/ft | Outside diameter in. | Length in. | Assembly weight lb | Part number |
|---|---|---|---|---|---|---|
| RP10 | 4.50 | 30,000 | 2.75 | 26.25 | 25 | 0024851 |
| RP20 | 5.50 | 55,000 | 3.81 | 27.38 | 55 | 0024842 |



REPEAT PRECISION

repeatprecision.com

| Clint Mickey | John Billings | Adam Curry | Todd Draegert |
| Product Line Manager | Permian Basin | Appalachia Region | Rocky Mountains Region |
| 210.243.5594 | 940.249.2219 | 724.882.9816 | 970.380.8633 |

©2019, Repeat Precision, LLC. The Diamondback SS Disposable Setting Tool is covered by U.S. Patent 9,810,035 and is manufactured and sold under license from Diamondback Industries, Inc. SS Disposable Setting Tool is a trademark of Diamondback Industries, Inc. Forcellant is a trademark of NCS Multistage, LLC.

11/2019