FILED
April 03, 2023
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: Jennifer Clark
         DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| REPEAT PRECISION, LLC, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 6:21-cv-104 |
| DYNAENERGETICS EUROPE GMBH, and DYNAENERGETICS US, INC., | § § § § | JURY TRIAL DEMANDED |
| Defendants. | § § § | |



4/3/23
4:00 pm

# VERDICT FORM

In answering the following questions and completing this Verdict Form, you are to follow all the instructions that I have given you. Your answers to each question must be unanimous. Some of the questions contain legal terms that are defined and explained in detail in the Final Jury Instructions. You should refer to and consider the Final Jury Instructions as you answer the questions in this Verdict Form. As used herein, the following terms have the following meanings:

- "**Plaintiff**" or "**Repeat Precision**" refers to Repeat Precision, LLC.

- "**Defendant**" or "**DynaEnergetics**" refers to DynaEnergetics Europe GmbH's and DynaEnergetics US, Inc.

- The "**'035 Patent**" refers to U.S. Patent No. 9,810,035.

- The "Asserted Claims" refers collectively to Claims 16 and 17 of the '035 Patent.

## IT IS VERY IMPORTANT THAT YOU FOLLOW THE INSTRUCTIONS PROVIDED IN THIS VERDICT FORM

## READ THEM CAREFULLY AND ENSURE THAT YOUR VERDICT COMPLIES WITH THEM

**Question 1:** Did Repeat Precision prove by a preponderance of the evidence that DynaEnergetics directly infringes any of the following claims of the '035 Patent? Check YES or NO for each claim.

Claim 16   YES _____   NO __✓__

Claim 17   YES _____   NO __✓__

3

**Question 2:** Did DynaEnergetics prove by clear and convincing evidence that any of the following claims of the '035 Patent are invalid? Check YES or NO for each claim.

Claim 16  YES _____  NO __✓__

Claim 17  YES _____  NO __✓__

**Answer Question No. 3 ONLY as to any Asserted Claim that you have found BOTH to be infringed AND not invalid.**

_____

**Question 3:** If you find that DynaEnergetics infringed a valid claim, what sum of money, if paid now in cash, has Repeat Precision proven by a preponderance of the evidence would compensate it for DynaEnergetics' infringement through January 2023? Answer in United States dollars and cents, if any.

$ __0.00_____

**Answer Question No. 4 ONLY as to any Asserted Claim that you have found BOTH to be infringed AND not invalid.**

**Question 4:** If you find that DynaEnergetics infringed any of the Asserted Claims, did Repeat Precision prove by a preponderance of the evidence that DynaEnergetics' infringement was willful?

Yes: _____      No: _____

## **FINAL PAGE OF THE JURY VERDICT FORM**

You have now reached the end of the Verdict Form and should review it to ensure that it accurately reflects your unanimous determinations. The Jury Foreperson should then sign and date the Verdict Form in the spaces below. Once this is done, notify the Court Security Officer that you have reached a verdict. The Jury Foreperson should keep the Verdict Form and bring it when the jury is brought back into the courtroom.

Signed this ☓-3 day of APRIL 2023.



Jury Foreperson