Exhibit 1



# JOANNE JOHNSON
# CURRICULUM VITAE

March 25, 2023

Joanne Johnson is a Senior Director of Ocean Tomo, LLC, a part of J.S. Held. Ocean Tomo provides Financial Expert, Management Consulting, and Advisory services related to intellectual property (IP) and other intangible assets; corporate accounting investigations; regulatory and reporting obligations; solvency and restructuring; and contractual or competition disputes. Practice offerings address economic damage calculations and testimony; accounting investigations and financial forensics; technology and intangible asset valuation; strategy and risk management consulting; mergers and acquisitions; debt and equity private placement; and IP brokerage. With more than 100 offices globally, J.S. Held assists clients – corporations, insurers, law firms, governments, and institutional investors – on complex technical, scientific, and financial matters across all assets and value at risk.

Ms. Johnson's efforts at Ocean Tomo are focused on quantifying economic damages arising from intellectual property disputes and providing general litigation support. Ms. Johnson has consulted on various engagements involving the determination of economic damages for patent, trademark, copyright and trade dress infringement as well as breach of contract matters. While specific issues vary by engagement, her work has included evaluation and analysis of financial and business data for the quantification of lost profits, reasonable royalties, price erosion, unjust enrichment, and corrective advertising. Additionally, Ms. Johnson has assessed the commercial success of patented products and the economic criteria necessary for a preliminary injunction. She has supported counsel in all phases of the litigation process from discovery to trial, and her experience spans several industries including industrial products, boating, travel services, pharmaceuticals, consumer products, semiconductors, internet/ecommerce, consumer electronics, personal care products and packaging, clothing, software, lighting products, automotive products, medical devices, and carpeting products, among others.

Outside of the litigation context, Ms. Johnson has also assisted clients engaged in licensing negotiations. In this role, she has prepared valuations, researched comparable licenses, and recommended licensing structures and royalty rates.

Ms. Johnson holds dual Bachelor of Science degrees in Accountancy and Finance from the College of Business at the University of Illinois, Urbana-Champaign earned with High Honors. She is a registered Certified Public Accountant (CPA) in the State of Illinois and a Certified Licensing Professional.

Ocean Tomo, LLC
200 West Madison, Suite 1020
Chicago, Illinois 60606
312.327.4400
www.oceantomo.com

Confidential


DEFENDANTS'
TRIAL EXHIBIT
DTX 257
Case No 6:21-cv-104



| | |
|---|---|
| **EDUCATION/ LICENSES** | University of Illinois College of Business<br>B.S. in Accountancy, B.S. in Finance<br><br>Registered Certified Public Accountant (CPA) in the State of Illinois License No. 239.023218<br><br>Certified Licensing Professional, Certification Number 3176 |
| **EXPERIENCE** | Senior Director, Financial Expert Practice, Ocean Tomo, LLC<br>January 2022 – Present<br><br>Director, Expert Testimony Practice, Ocean Tomo, LLC<br>January 2015 – December 2021<br><br>Associate, Expert Testimony Practice, Ocean Tomo, LLC<br>January 2011 – December 2014<br><br>Analyst, Expert Testimony Practice, Ocean Tomo, LLC<br>July 2008 – December 2010 |
| **PUBLICATIONS** | "*Personal Audio, LLC. v. Apple, Inc.* - Lump Sum Damages Award Applies to Accused Products Not Tried by the Jury," *Licensing Executives Society,* 2011. Co-authored with Michael K. Milani.<br><br>"Valuing Trade Secrets Under The Defend Trade Secrets Act," *2017 AIPLA Trade Secret Law Summit*, March 2-3, 2017. Co-authored with Michael K. Milani.<br><br>"Evaluating Royalty Analysis Admissibility in Patent Cases," *IP Law360,* February 14, 2023. Co-authored with Sherry Zhang and Sarah Zhu.<br><br>"Case Law on the Role of Non-Infringing Alternatives Under a Reasonable Royalty Analysis versus a Lost Profits Analysis," *Ocean Tomo Insights,* March 20, 2023. Co-authored with Sherry Zhang and Sarah Zhu. |
| **EXPERT ASSIGNMENTS** | *Yellowfin Yachts, Inc. v. Barker Boatworks, LLC and Kevin Barker*<br>Case No. 8:15-cv-00990-SDM-TGW; Filed 04/25/2015<br>United States District Court, Middle District of Florida<br>On Behalf of Defendants<br>Expert Report, Deposition Testimony<br>Primary Actions: Trade Dress Infringement, Trade Secret Misappropriation<br><br>*V-Cole Enterprises, Inc., d/b/a Super Holiday Tours, v. UR Tours & Events, Inc., Livy I. Roche, and Jeffrey J. Lepera* |

2



Case No. 2015-ca-4730-o; Filed 05/21/2015
Circuit Court of the Ninth Judicial Circuit, Orange County, Florida
On Behalf of Plaintiff
Expert Report
Primary Actions: Trade Secret Misappropriation, Breach of Fiduciary Duty

*Ocean Tomo, LLC v. Jonathan Barney and PatentRatings, LLC*
Case No. 12-cv-08450
United States District Court, Northern District of Illinois
On Behalf of Plaintiff
Expert Report, Trial Testimony
Primary Action: Royalty Audit

*Repeat Precision, LLC v. DynaEnergetics Europe GmbH & DynaEnergetics US, Inc.*
Case No. 6:21-CV-00104-ADA; Filed 01/20/2020
United States District Court, Western District of Texas, Waco Division
On Behalf of Defendants
Expert Report, Deposition Testimony
Primary Action: Patent Infringement

| | |
|---|---|
| **REPRESENTATIVE ENGAGEMENTS ASSISTING OTHER OCEAN TOMO EXPERTS** | *Zenith Electronics LLC v. Vizio, Inc., Westinghouse Digital Electronics LLC, et al.*<br>Case No. 5:06-cv-246-DF; Filed 10/30/2006<br>United States District Court, Eastern District of Texas, Texarkana Division<br>On Behalf of Plaintiff<br>Primary Action: Patent Infringement |

*Crane Co., and Dixie-Narco, Inc. v. SandenVendo America, Inc. and Royal Vendors, Inc.*
Case No. 2:07-cv-00042-CE; Filed 02/06/2007
United States District Court, Eastern District of Texas, Marshall Division
On Behalf of Defendants
Primary Action: Patent Infringement

*The Spoilage Cutter Company Incorporated d/b/a Martor USA v. World Kitchen, LLC*
Case No. 08-cv-01263; Filed 03/03/2008
United States District Court, Northern District of Illinois
On Behalf of Defendant
Primary Actions: Patent Infringement, Breach of Contract

*In Re Gabapentin Patent Litigation*
MDL Docket No. 1384 (FSH)
Master Case No. 2:00-cv-02931-FSH; Filed 6/15/2000
United States District Court, District of New Jersey
On Behalf of Defendants Teva Pharmaceutical Industries Ltd., IVAX Corporation and related parties
Primary Action: Patent Infringement

Confidential



*Lighting Ballast Control LLC. v. Universal Lighting Technologies, Inc.*
Case No. 7:09-cv-00029-O; Filed 02/24/2009
United States District Court, Northern District of Texas, Wichita Falls Division
On Behalf of Defendant
Primary Action: Patent Infringement

*Inter-Ego Systems, Inc. d/b/a Pinnacle Speakers v. DBL Distributing LLC*
AAA Case Number: 50 133T00316 06
American Arbitration Association
On Behalf of Plaintiff
Primary Actions: Breach of Contract, Copyright Infringement, Trade Dress

*Pacific Bioscience Laboratories, Inc. v. Nutra Luxe MD, LLC, Nutra Botanical MD, Inc.*
Case No. 2:10-cv-00230-JLR; Filed 02/08/2010
United States District Court, Western District of Washington, Seattle
On Behalf of Defendants
Primary Actions:  Patent Infringement, False Advertising, Trade Dress Infringement

*Kruse Technology Partnership v. Daimler AG, Mercedes-Benz USA, LLC, Volkswagen AG, Volkswagen Group of America, Inc., d/b/a Audi of America, Inc., et al.*
Case No. 8:10-cv-01066-JVS –RNB; Filed 07/04/2010
United States District Court, Central District of California
On Behalf of Plaintiff
Primary Actions: Patent Infringement

*Medgraph, Inc. v. Medtronic, Inc.*
Case No. 6:09-cv-06610-DGL-MWP; Filed 12/2/2009
United States District Court, Western District of New York, Rochester Division
On Behalf of Defendant
Primary Action: Patent Infringement

*Fortune Dynamic, Inc. v. Victoria's Secret Stores Brand Management, Inc.*
Case No. 2:07-cv-02962-R-JTL; Filed 05/04/2007
United States District Court, Central District of California
On Behalf of Defendant
Primary Action: Trademark Infringement

*iHance, Inc. v. Eloqua Limited and Eloqua Corporation*
Case No. 2:11-cv-257-MSD-TEM; Filed 05/09/2011
United States District Court, Eastern District of Virginia, Norfolk Division
On Behalf of Defendants

Confidential



Primary Action: Patent Infringement

*Knowles Electronics, LLC v. Analog Devices, Inc.*
Case No. 1:11-cv-06804; Filed 09/27/2011
United States District Court, Northern District of Illinois, Eastern
Division
On Behalf of Plaintiff
Primary Action: Patent Infringement

*Rosetta Stone Ltd. v. Google Inc.*
Case No. 1:09-cv-00736-GBL-TCB; Filed 7/10/2009
United States District Court, Eastern District of Virginia, Alexandria
Division
On Behalf of Plaintiff
Primary Action: Trademark Infringement, Corrective Advertising

*Smartphone Technologies LLC., v. LG Electronics, Inc., LG Electronics USA, Inc. et al.*
Case No. 6:10-cv-00074-LED-JDL; Filed 03/03/2010
United States District Court, Eastern District of Texas, Tyler Division
On Behalf of Defendants
Primary Action: Patent Infringement

*Bath & Body Works Brand Management, Inc. v. Summit Entertainment, LLC*
Case No. 1:11-cv-01594-GBD; Filed 03/08/2011
United States District Court, Southern District of New York
On Behalf of Plaintiff
Primary Action: Trademark Infringement

*Altana Pharma AG and Wyeth v. Teva Pharmaceuticals USA, Inc. and Teva Pharmaceuticals Industries Ltd., et. al.*
Case No. 2:04-cv-02355-JLL-CCC; Filed 5/20/2004
United States District Court, District of New Jersey
On Behalf of Defendants
Primary Action: Patent Infringement

*Interface, Inc.; Interface Americas, Inc.; InterfaceFLOR LLC; and FLOR, Inc. v. Tandus Flooring, Inc. and Tandus Flooring US, LLC.*
Case No. 4:13-cv-00046-WSD; Filed 02/26/2013
United States District Court, Northern District of Georgia, Rome
Division
On Behalf of Defendants
Primary Action: Patent Infringement, Preliminary Injunction

*Stonefire Grill, Inc., v. FGF Brands, Inc., a Canadian corporation d/b/a Stonefire Authentic Flatbreads*
Case No. 2:11-cv-08292-JGB-PJW; Filed 10/06/2011

5



United States District Court, Central District of California, Western
Division
On Behalf of Defendant
Primary Action: Trademark Infringement

*Motorola Mobility, Inc. v. Apple, Inc.*
*Apple, Inc. v. Motorola Mobility, Inc.*
Case Nos. 10-cv-23580-RNS-TEB; 12-cv-20271-RNS-TEB
Filed 10/06/2010; 01/24/2012
United States District Court, Southern District of Florida
On Behalf of Apple, Inc.
Primary Action: Patent Infringement

*ROY-G-BIV Corporation v. ABB Ltd., ABB Inc., MeadWestvaco Texas, LP, and*
*MeadWestvaco Corp.*
Case No. 6:11-cv-00622-LED; Filed 11/15/2011
United States District Court, Eastern District of Texas, Tyler Division
On Behalf of Defendants
Primary Action: Patent Infringement

*Robertson Transformer Co. d/b/a Robertson Worldwide v. General Electric*
*Company, GE Lighting LLC, H.B. Etlin Company, Ltd. a/k/a Etlin-Daniels,*
*ARN Industries, Inc. d/b/a Halco Lighting Technologies, Hatch Transformers, Inc.,*
*Howard Industries Inc., and Keystone Technologies, LLC, and Super X*
*Manufacturing Ltd. (Intervenor).*
Case No. 1:12-cv-080904; Filed 10/10/2012
United States District Court, Northern District of Illinois, Eastern
Division
On Behalf of Plaintiff
Primary Action: Patent Infringement

*Power Survey, LLC v. Premier Utility Services, LLC, and L-3 Communications*
*Holdings, Inc. d/b/a/ Narda Safety Test Solutions*
Case No. 2:13-cv-05670-FSH-MAH; Filed 09/23/2013
United States District Court, District of New Jersey
On Behalf of Plaintiff
Primary Action: Patent Infringement, Preliminary Injunction

*L-3 Communications Holdings, Inc. and Premier Utility Services, LLC v. Patents of*
*Power Survey, LLC*
U.S. Patent and Trademark Office, Patent Trial and Appeal Board
Case Nos. IPR2014-00274, IPR2014-0085, and IPR00864; Filed
05/30/2014
On Behalf of Patent Owner
Primary Action: Inter Partes Reexamination, Commercial Success

*Koninklijke Philips N.V., v. Hunt Control Systems, Inc., d/b/a Caribe Corporation*
Case No. 2:11-cv-03684-DMC-JBC; Filed 06/27/2011

6



United States District Court, District of New Jersey
On Behalf of Defendant
Primary Action: Trademark Infringement

*Garmin International, Inc. v. PhatRat Technology, LLC*
JAMS Arbitration Case No. 1240021597; Filed 01/08/2014
Place of Arbitration: San Diego, California
On Behalf of Defendant
Primary Action: Breach of Contract (Licensing Dispute)

*Quest Integrity USA, LLC v. A. Hak Industrial Services US, LLC*
Case No. 2:14-cv-01971-RAJ; Filed 12/15/2014
United States District Court, Western District of Washington at Seattle
On Behalf of Plaintiff
Primary Action: Preliminary Injunction

*Quest Integrity USA, LLC v. Cokebusters USA Inc.*
Case No. 1:14-cv-01483-SLR; Filed 12/15/2014
United States District Court, District of Delaware
On Behalf of Plaintiff
Primary Action: Preliminary Injunction

*Quest Integrity USA, LLC v. Clean Harbors Industrial Services, Inc.*
Case No. 1:14-cv-01482-SLR; Filed 12/15/2014
United States District Court, District of Delaware
On Behalf of Plaintiff
Primary Action: Preliminary Injunction

*Viva Healthcare Packaging LTD., Viva Healthcare Packaging (HK) LTD., and
Viva Healthcare Packaging (USA) Inc. v. CTL Packaging USA, Inc. and
Tuboplast Hispania*
Case No. 3:13-cv-00569-MOC-DSC; Filed 05/10/13
United States District Court, Western District of North Carolina
On Behalf of Defendants
Primary Action: Patent Infringement

*Gilead Sciences, Inc. v. Merck & Co., Inc., Merck Sharp & Dohme Corp., and ISIS
Pharmaceuticals, Inc.*
Case No. 5:13-cv-04057-BLF; Filed 08/30/13
United States District Court, Northern District of California, San Jose
Division.
On Behalf of Defendants
Primary Action: Patent Infringement

*Idenix Pharmaceuticals, Inc., Universita Degli Studi Di Cagliari, Centre National De
La Recherche Scientifique, and L' Université Montpellier II v. Gilead Sciences, Inc.
and Gilead Pharmasset LLC*
Case No. 13-cv-01987-LPS; Filed 12/01/13

7



United States District Court, District of Delaware
On Behalf of Plaintiff
Primary Action: Patent Infringement

*Idenix Pharmaceuticals, Inc., and Universita Degli Studi Di Cagliari v. Gilead Sciences, Inc.*
Case No.14-cv-00846-LPS; Filed 12/01/13
United States District Court, District of Massachusetts
On Behalf of Plaintiff
Primary Action: Patent Infringement

*Realtime Data LLC d/b/a IXO, v Riverbed Technology, Inc. and Dell, Inc.*
Case No. 6:15-CV-463-RWS-JDL; Filed 05/08/2015
United States District Court, Eastern District of Texas
On Behalf of Defendant Riverbed
Primary Action: Patent Infringement

*Siemens Industry, Inc., v. Westinghouse Air Brake Technologies Corporation (d/b/a Wabtec Corporation) and Wabtec Railway Electronics, Inc*
Case 1:16-cv-00284-LPS; Filed 04/21/2016
United States District Court, District of Delaware
On Behalf of Plaintiff
Primary Action: Patent Infringement

*Ball Metal Beverage Container Corp. v. Crown Packaging Technology, Inc.*
Case 3:12-cv-0033-WHR; Filed 02/01/2012
United States District Court, Southern District of Ohio
On Behalf of DJ Plaintiff
Primary Action: Patent Infringement

*PPS Data, LLC v. Jack Henry & Associates, Inc.*
Case No. 2:18-cv-00007; Filed 1/10/2018
United States District Court, Eastern District of Texas
On Behalf of Defendant
Primary Action: Patent Infringement

*Westinghouse Air Brake Technologies Corporation (d/b/a WABTEC Corporation) v. Siemens Mobility, Inc.*
Case No. 1:17-cv-01687; Filed 9/8/2017
United States District Court, District of Delaware
On Behalf of Defendant
Primary Action: Patent Infringement

*Match Group, LLC v. Bumble Trading Inc. et al.*
Civil Action 6:18-cv-00080; Filed 03/16/2018
United States District Court, Western District of Texas Waco Division
On Behalf of Plaintiff
Primary Action: Patent Infringement

Confidential



*Razor USA LLC and Shane Chen v. DGL Group, LTD.,*
Civil Action 2:19-cv-12939; Filed 05/24/2019
United States District Court, District of Delaware
On Behalf of Defendant
Primary Action: Patent Infringement

*First Quality Tissue, LLC v. Irving Consumer Products Limited and Irving Consumer Products, Inc.*
Civil Action 1:19-cv-00428; Filed 03/01/2019
United States District Court, District of Delaware
On Behalf of Defendants
Primary Action: Patent Infringement

*Loma Linda University v. Smarter Alloys, Inc.*
Civil Action 1:19-cv-00607; Filed 05/10/2019
United States District Court, Western District of New York
On Behalf of Plaintiff
Primary Action: Breach of Contract

*DynaEnergetics Europe GmbH and DynaEnergetics US, Inc. v. Hunting Titan, Inc.*
Civil Action 4:20-cv-02123; Filed 6/17/2020
United States District Court, Southern District of Texas
On Behalf of Plaintiffs
Primary Action: Patent Infringement

*Hy-Ko Products Company LLC v. The Hillman Group, Inc.*
Civil Action 2:21-cv-00197-JRG; Filed 6/01/2021
United States District Court, Eastern District of Texas Marshall Division
On Behalf of Plaintiff
Primary Actions: Patent Infringement and Lanham Act Claims

*Bluebonnet Internet Media Services, LLC, v. Pandora Media LLC*
Civil Action 3:21-cv-08294; Filed 8/12/2020
United States District Court, Northern District of California
On Behalf of Plaintiff
Primary Action: Patent Infringement

Confidential